UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Joseph E. Villa-martinez

*(Enter full name of plaintiff)*

Plaintiff,

v.

Angie Brandenburg (Head Staff)
LT. Greg Hepper, NaphCare
Clackamas County Jail, ET AL.

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:26-cv-01396-AN
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑ Yes     ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**        Name: Joseph E. Villa-martinez

Street Address: 723 SW 257th ave #59

City, State & Zip Code: Troutdale, OR 97060

Telephone No.: 503 374 6780

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

WiRe- Cristiana parker Leon

- I Joseph villa-martinez
Release of information to cristiana parker
Leon

**Defendant No. 1**      Name: Angie Branenburg

Street Address: 2206 Kaen Rd

City, State & Zip Code: Oregon, City OR 97045

Telephone No.: _____

**Defendant No. 2**      Name: Greg Klepper - Clackamas CO LT

Street Address: 2206 Kaen Rd

City, State & Zip Code: Oregon, City OR 97045

Telephone No.: _____

**Defendant No. 3**      Name: Clackamas County Jail - ET AL.

Street Address: 2206 Kaen Rd

City, State & Zip Code: Oregon, city OR 97045

Telephone No.: _____

**Defendant No. 4**      Name: NaphCare medical Contractor

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment
14th Amendment

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The facility feeds us through the back wall of the Shower area. Not only do they not disenfect it before meals medical instructs AIC's to urinate in the Showers which is airborn from Shower moisture. there is mold growing from the Corners of the Corners of the Room. old moldy paint chips are Constantly peeling from our Ceiling and It has Caused me to have Stomach problems and A uncormfortable bowell issues. Causing Distress / pain.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

## Claim III

*State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

**(If you have additional claims, describe them on another piece of paper, using the same outline.)**

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

4

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I would prefer the facility would feed us in our Rooms and bring a Cart or hand us our meals through the Entry door. We Should not be getting our clock and things wet from Aic's Showering while meal service. I am asking to be compensated for my Health and Emotional distress. I am asking for $1,000 for every meal service for 54 days which amonts to $162,000 (one Hundred & Sixty two thousand)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of July , 2026 .

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)                5
[Rev. 01/2018]



Joseph E. villa-martinez (sid #21819667)
723 SW 257th ave #59
Troutdale, OR 97060

PORTLAND OR RPDC 371
1 JUL 2026   PM 5  L
★ USA ★ FOREVER ★

Clerk of Court
Mark O. Hatfield
U.S. courthouse, 1000 sw. Third Ave.
Portland, OR 97204        Room #1307